**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ann Gramlich, et al.,          )<br>                                           )<br>               Plaintiffs,       )<br>                                           )<br>vs.                                      )<br>                                           )<br>J C Penney Corporation, Inc.,  )<br>                                           )<br>               Defendant.     )<br>_____) | No. CIV 05-3972-PHX-DKD<br><br>**ORDER** |

Upon consideration of Plaintiffs' Motion for Remand, the Response and Reply, Defendant's Supplement which included Plaintiffs' First Supplemental Disclosure Statement setting forth "A Computation of the Measure of Damages Alleged" listing medical expenses of $80,005.58, and oral argument, the Court finds that Defendant has demonstrated by a preponderance of the evidence that the amount in controversy exceeds $75,000. *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir, 2002) (court may consider materials supplemental to removal petition). Upon this finding that the amount in controversy exceeds the jurisdictional minimum,

**IT IS ORDERED DENYING** Plaintiffs' Motion for Remand (Doc. # 12).

DATED this 1st day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge